**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael TORRES–REGALADO, also
known as Rafael Regalado–Mancera,
also known as Rafael Torres–Medina,
also known as Juan Erera, Defendant–Appellant.**

No. 06–10107
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

---

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Rafael Torres–Regalado raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

